UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK S. MOORE,<br>a/k/a Sheik Mark Moore-El,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS A. WOSHAM, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 4:08-CV-378 TIA<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This matter is before the Court upon plaintiff's "Motion Request for Extension to Pay Filing Fee . . . or in the Alternative Stay All Procedures of this Complaint [Doc. #7]. On April 14, 2008, this Court denied plaintiff's motion to proceed in forma pauperis and ordered him to pay the $350 filing fee within thirty days [Doc. #6]. Plaintiff now requests a 120-day extension of time in which to pay the filing fee.

Having carefully reviewed plaintiff's motion, the Court will grant plaintiff forty-five (45) days from the date of this Order in which to pay the $350 filing fee. If plaintiff fails to pay the filing fee within that time period, the Court will dismiss this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to pay the filing fee or in the alternative to stay all proceedings [Doc #7] is **GRANTED IN PART and DENIED IN PART**. Plaintiff is **GRANTED** forty-five (45) days from the date of this Order to pay the $350 filing fee. Plaintiff's request for an additional 120 days to pay the filing fee and his alternative motion to stay the instant proceedings are **DENIED**.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee within forty-five (45) days from the date of this Order, the Court will dismiss this action, without prejudice. <u>See</u> Fed.R.Civ.P. 41(b).

Dated this 9th day of June, 2008.

        **/s/ Jean C. Hamilton**
        **UNITED STATES DISTRICT JUDGE**