UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHEIK STANTON MARK MOORE-EL, a/k/a MARK S. MOORE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:08-CV-378-TIA ) |
| DOUGLAS A. WOSHAM, et al., | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 24th day of July, 2008

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**