UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARK S. MOORE, a/k/a )
SHEIK MARK MOORE-EL, )
 )
       Plaintiff, )
 )
  v. ) No. 4:08-CV-378-TIA
 )
DOUGLAS A. WOSHAM, et al., )
 )
       Defendants. )

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's "Motion in Opposition of Order and Memorandum of July 24, 2008,"[1] [Doc. #16] is **DENIED**.

Dated this 18th day of /s/ August, 2008

                         /s/ Jean C. Hamilton
                         **UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff states that, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, he is "request[ing] this Court to vacate and set aside the Order and Memorandum of July 24, 2008." He asserts that "[t]he complaint presented a claims [sic], both claims are arguably within the realms [sic] of understanding the areas of law they present." For relief, plaintiff requests permission to file an amended complaint or a supplement to his original complaint.